IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LESLEY CLAYTON BROWN, | ) | |
| Petitioner | ) ) ) | |
| vs. | ) | No. CIV-08-529-C |
| DAVID PARKER, WARDEN, | ) ) ) | |
| Respondent | ) | |

## ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on December 8, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 30th day of June, 2008.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge