IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED

JUN 17 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| LESLEY CLAYTON BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV 08-243-RAW-KEW |
| | ) | |
| DAVID PARKER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AND OPINION
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered May 12, 2009, denying his petition for a writ of habeas corpus [Docket #25] and a motion for a certificate of appealability [Docket #29]. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner's motion for certificate of appealability [Docket #29] is DENIED.

IT IS SO ORDERED this 17th day of June 2009.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE