# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LESLEY CLAYTON BROWN, | ) |
| Petitioner, | ) |
| v. | ) No. CIV 08-243-RAW |
| DAVID PARKER, Warden, ET AL., | ) |
| Respondent. | ) |

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, a prisoner seeking to commence an appeal to the Tenth Circuit Court of Appeals, has filed a motion for leave to proceed *in forma pauperis* and supporting statement of institutional accounts. Having reviewed the motion, the Court finds petitioner lacks sufficient funds to prepay the filing fee pursuant to Local Rule 3.5(b). Petitioner's motion, therefore, is granted, and petitioner is authorized to proceed without prepayment of the filing fee.

**IT IS SO ORDERED** this 20th day of July, 2009.

**Dated this 20th Day of July 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0